AO 450 (Rev.5/85) Judgment in a Civil Case

**FILED**
CLERK, U.S. DISTRICT COURT
March 25, 2013 (4:19pm)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| Edouard K. Zoutomou | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Kennecott Utah Copper | |
| | Case Number: 2:10cv00719 TC |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of the defendant; all of plaintiffs' causes of action are dismissed.

| | |
|---|---|
| March 25, 2013 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | *(By) Deputy Clerk* |